**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MILTON LEWIS,

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.

Case No. 15-12344

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order 1) Denying Petition for Writ of Habeas Corpus, 2) Denying Motion for Stay, and 3) Denying Certificate of Appealability and Permission to Appeal *In Forma Pauperis*" dated February 4, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Carmen D. Palmer and against Petitioner Milton Lewis.  Dated at Detroit, Michigan, this 4th day of February, 2016.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT

                          BY:   S/Lisa Wagner
                                Lisa Wagner, Deputy Clerk
                                and Case Manager to
                                Judge Robert H. Cleland